UNITED STATES, Appellee

v

CHARLES WAYNE EAGLE, Seaman Recruit,
U. S. Navy, Appellant

16 USCMA 247, 36 CMR 403

No. 19,290

April 29, 1966

*Captain L. G. Bohlen,* USMC, was on the pleadings for Appellant, Accused.

*Lieutenant Jean E. Van Slate,* USNR, was on the pleadings for Appellee, United States.

## Opinion of the Court

QUINN, Chief Judge:

We granted the accused's petition to await determination of United States v Surtasky, 16 USCMA 241, 36 CMR 397. On our decision in that case, we affirm the decision of the board of review here.

Judges FERGUSON and KILDAY concur.